IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY, *et al.*,<br><br>    Defendants. | Civil Action No. 17-1398 (RCL) |

## ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order [10], and arguments presented by the parties at the hearing on the motion held August 1, 2017, it is hereby

**ORDERED** that Plaintiff's Motion for a temporary restraining order is **DENIED**.

**SO ORDERED.**

8/1/17

_____
Royce C. Lamberth
United States District Court