**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE,<br>*Plaintiff*,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMITTEE ON ELECTION INTEGRITY,<br><br>and<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>and<br><br>U.S. SOCIAL SECURITY ADMINISTRATION<br>*Defendants*. | Case No. 1:17-cv-01398 (RCL) |

## NOTICE OF WITHDRAWAL

In light of its intention to file an Amended Complaint, Plaintiff hereby notifies the Court of its withdrawal without prejudice of Plaintiff's Motion for Temporary Restraining Order or, in the Alternative, for Preliminary Injunction (Dkt. #10).

Dated: August 3, 2017

Respectfully submitted,

/s/ *Javier M. Guzman*
Javier M. Guzman
D.C. Bar No. 462679
Josephine Morse* (*pro hac vice*)
Skye L. Perryman
D.C. Bar No. 984573
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

jguzman@democracyforward.org
jmorse@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiff*

\*Admitted to practice in New York; practicing
under the supervision of organization attorneys.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/  Javier M. Guzman
Javier M. Guzman