## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY, *et al.*,<br><br>     Defendants. | Civil Action No. 1:17-cv-01398 (RCL) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND JOINT PROPOSED BRIEFING SCHEDULE

Defendants Presidential Advisory Commission on Election Integrity, U.S. Department of Homeland Security, and Kris W. Kobach respectfully request a three-week extension of time, up to and including October 18, 2017, in which to file a response to plaintiffs' Amended Complaint (ECF No. 21).  Good cause exists to support this motion.

1.     Plaintiff Common Cause, with defendants' consent, amended its Complaint on September 13, 2017, to add new plaintiffs, a new defendant, and new claims.

2.     Pursuant to Federal Rule of Civil Procedure 15(a)(3), defendants have 14 days from the date of service, up to and including September 27, 2017, to respond to the Amended Complaint.

3.     Defendants intend to move to dismiss the Amended Complaint.  Because the Amended Complaint raises new claims, including an *ultra vires* claim, counsel for defendants require additional time to prepare their memorandum of points and authorities in support of their

motion.  Defendants conferred with counsel for plaintiffs and the parties agreed to a briefing

schedule that would afford both defendants and plaintiffs adequate time to brief their respective

positions, taking into account the upcoming federal holidays and counsels' schedules.

4.      Accordingly, the parties jointly propose the following schedule for briefing

defendants' anticipated motion to dismiss:

a.   October 18, 2017 – defendants' Motion to Dismiss Amended Complaint;

b.   November 13, 2017 – plaintiffs' Opposition to defendants' Motion to Dismiss
Amended Complaint;

c.   December 1, 2017 – defendants' Reply in Further Support of their Motion to
Dismiss Amended Complaint.

5.      Defendants have not previously been granted an extension of time, and this extension

will not affect any other deadlines in this matter.  A proposed order is attached.

Dated:  September 22, 2017                    Respectfully submitted,

/s/ Skye L. Perryman                         CHAD A. READLER
                                             Acting Assistant Attorney General
Javier M. Guzman                             Civil Division
(D.C. Bar No. 462679)
Josephine Morse *pro hac vice*               ELIZABETH J. SHAPIRO
Skye L. Perryman                             Deputy Director
(D.C. Bar No. 984573)
Karianne M. Jones *pro hac vice*             /s/ Kristina A. Wolfe
Democracy Forward Foundation                 CAROL FEDERIGHI
P.O. Box 34553                               Senior Trial Counsel
Washington, D.C. 20043                       KRISTINA A. WOLFE
(202) 448-9090                               JOSEPH E. BORSON
jguzman@democracyforward.org                 Trial Attorneys
jmorse@democracyforward.org                  United States Department of Justice
sperryman@democracyforward.org               Civil Division, Federal Programs Branch
kjones@democracyforward.org                  P.O. Box 883
                                             Washington, DC 20044
                                             Phone: (202) 353-4519
                                             Email: kristina.wolfe@usdoj.gov
                                             *Counsel for Defendants*