IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL ADVISORY COMMISSION ON ELECTION INTEGRITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-01398 (RCL) |

## ~~[PROPOSED]~~ ORDER

Defendants' Unopposed Motion for an Extension of Time to Respond to Amended Complaint is GRANTED. It is hereby

ORDERED that defendants shall file their motion to dismiss the Amended Complaint by October 18, 2017.

It is further ORDERED that plaintiffs shall file their response to defendants' motion to dismiss by November 13, 2017.

It is further ORDERED that defendants shall file their reply by December 1, 2017.

Date: 9/27/17

JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE