**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-1398 (RCL) |

## NOTICE OF EXECUTIVE ORDER

Today, the President signed an Executive Order terminating the Presidential Advisory Commission on Election Integrity.  *See* https://www.whitehouse.gov/presidential-actions/executive-order-termination-presidential-advisory-commission-election-integrity/ (last visited Jan. 3, 2018) (copy attached hereto).  Undersigned counsel will confer with counsel for the plaintiffs about next steps for moving forward.

Dated:  January 3, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-1944 / Fax: (202) 616-8460
E-mail: Joseph.Borson@usdoj.gov