**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE *et al.*,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>PRESIDENTIAL ADVISORY<br>COMMISSION ON ELECTION<br>INTEGRITY *et al.*,<br><br>      *Defendants*. | Case No. 1:17-cv-1398 (RCL) |

## NOTICE

Plaintiffs write to notify the Court of the status of discussions with counsel for Defendants.  On January 3, 2018, Defendants filed a Notice with the Court attaching the "Executive Order on the Termination of Presidential Advisory Commission on Election Integrity" (Dkt. 42).  In that Notice, counsel for Defendants stated that they would confer with counsel for Plaintiffs about next steps in the matter.  Counsel for Plaintiffs hereby advise the Court that these meet and confers are ongoing.  Plaintiffs have met and conferred with Defendants' counsel and are continuing to engage in discussions regarding next steps.

Dated: February 12, 2018

Respectfully submitted,

*/s/ Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Skye L. Perryman (D.C. Bar No. 984573)
Josephine Morse (*pro hac vice*)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 448-9090
jguzman@democracyforward.org
sperryman@democracyforward.org
jmorse@democracyforward.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, I electronically filed a copy of the foregoing.

Notice of this filing will be sent via email to all parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's CM-ECF system.

/s/ *Javier M. Guzman*
Javier M. Guzman